UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) ) | **CRIMINAL NO. 03-95-P-H** |
| **CHESTER A. ADAMSON,** | ) ) | |
| **DEFENDANT** | ) | |

### ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

I have undertaken a review of this defendant's sentence in light of the retroactive guideline amendments dealing with crack cocaine sentencing, including the latest amendment that becomes effective May 1, 2008. I appointed the Federal Defender to represent the defendant, and the Probation Office has prepared a Supplemental Presentence Report of April 8, 2008, and an Addendum of April 30, 2008. Unfortunately for the defendant, the new crack cocaine calculations, including the one scheduled to become effective tomorrow, do not change his Guideline range. In the defendant's case, crack cocaine was a minimal part of the calculation of his Guideline sentence, 5.6 grams of crack cocaine vs. 6,469.7 grams of cocaine powder. Because there were 6,469.7 grams of cocaine powder, the Base Offense Level cannot be lower than 32. USSG § 2D1.1 cmt. (n.10(D)(ii)) (May 1, 2008). As before, his Total Offense Level is 34 and his criminal history is Category VI and his guideline range is 262-327 months.

Therefore, treating the proceedings as a motion to reduce sentence under 18 U.S.C. § 3582(c)(2), the motion is **DENIED**.

**SO ORDERED.**

**DATED THIS 30TH DAY OF APRIL, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**